___ FILED   ✓ RECEIVED
___ ENTERED  ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

APR 2 1 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:05-CR-121-RCJ-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GEORGE RODRIGUEZ ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#546) on May 15, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $62,679.81

**Total Amount of Restitution ordered: $62,679.81**

Dated this ___20th___ day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE